This document was signed electronically on September 13, 2014, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: September 13, 2014



**ALAN M. KOSCHIK**
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TIMOTHY L. SANFORD<br>SUSAN A. SANFORD<br><br>Debtors.<br>_____<br><br>TIMOTHY SANFORD<br><br>and<br><br>SUSAN A. SANFORD<br><br>Plaintiffs<br>vs.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.<br><br>and<br><br>RBS CITIZENS BANK<br><br>and<br><br>CHRISTIANA TRUST, | *Chapter 13 Case No.* **13-52755**<br><br>**JUDGE KOSCHIK**<br><br><br><br>**ADVERSARY CASE NO.** 14−05067<br><br><br><br>**JUDGMENT ENTRY TO ESTABLISH<br>SECURED VALUE AND AVOID SECOND<br>MORTGAGE LIEN OF *MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS<br>AND/OR US BANK, its successor* AND<br>THIRD AND FOURTH MORTGAGE LIENS<br>OF RBS CITIZENS BANK** |

|                   |   |
|---|---|
| and               | ) |
|                   | ) |
| **US BANK**       | ) |
|                   | ) |
| Defendants        | ) |
|                   | ) |

This matter came before the Court upon the Plaintiffs' Motion for Default Judgment arising from Defendants' failure to Answer or otherwise respond to Plaintiff's Complaint.

The Court finds that the Defendants were sent proper notice and served with a copy of the Summons and Plaintiffs' Complaint. The Court further finds that Defendant has failed to Answer or otherwise respond to Plaintiffs' Complaint and therefore is in default.

Accordingly, the Plaintiff's Motion for Default is to be well taken and the same shall be **GRANTED.**

**IT IS THEREFORE ORDERED** the second mortgage claim held by Mortgage Electronic Registration Systems and/or US Bank as its successor and/or other assignees, agents, transferors, successors, or servicing companies is an unsecured claim in this case. The balance of any funds owed to Mortgage Electronic Registration Systems and/or US Bank as its successor and/or other assignees, agents, transferors, successors, or servicing companies on this claim shall be disallowed and receive no distribution through the Plan as said obligation was discharged in Debtors' prior Chapter 7 proceeding and said Creditor failed to timely file a proof of claim on or before the claims bar date of January 29, 2014.

**IT IS FURTHER ORDERED** that upon successful completion of the Chapter 13 Plan payments, the second mortgage lien held by Mortgage Electronic Registration Systems and/or US Bank as its successor and/or other assignees, agents, transferors, successors, or servicing companies against the real estate property located at 5178 Donner Drive, Clinton, Ohio 44216, and more fully described in the attached Exhibit A, will be cancelled of record.

**IT IS THEREFORE ORDERED** the third and fourth mortgage claims held by RBS Citizens Bank and/or other assignees, agents, transferors, successors, or servicing companies is an unsecured claim in this case. The balance of any funds owed to RBS Citizens Bank and/or other assignees, agents, transferors, successors, or servicing companies on this claim shall be disallowed and receive no distribution through the Plan as said obligation was discharged in Debtors' prior Chapter 7 proceeding and said Creditor failed to timely file a proof of claim on or before the claims bar date of January 29, 2014.

**IT IS FURTHER ORDERED** that upon successful completion of the Chapter 13 Plan payments, the third and fourth mortgage liens held by RBS Citizens Bank as its successor and/or other assignees, agents, transferors, successors, or servicing companies against the real estate property located at 5178 Donner Drive, Clinton, Ohio 44216, and more fully described in the attached Exhibit A, will be cancelled of record.

**IT IS FURTHER ORDERED** that the Summit County, Ohio Recorder's Office and/or the Summit County Clerk of Courts is hereby directed to take a certified copy of this Order, together with a certified copy of the Debtor's discharge upon completion of the Plan, in lieu of the document normally required for cancellation of a mortgage and/or tax lien.

**IT IS SO ORDERED.**

# # #

**SUBMITTED:**

/S/ Michelle DiBartolo-Haglock
Michelle DiBartolo-Haglock, Esq. (0081744)
Thomas, Trattner & Malone, LLC
Attorney for the Debtor
1653 Merriman Rd., Suite 203
Akron, OH 44313
(330) 253-1500 – (330) 253-5743 (fax)
mdibartolo@ttmlaw.com

**SERVICE LIST**

To the following by the Court's ECF System:

    **U.S. Trustee**

    **Keith L. Rucinski, Chapter 13 Trustee**

    **Michelle DiBartolo-Haglock, attorney for Debtor**

And to the following by Regular US Mail:

    **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
    c/o Bill Beckmann, President & CEO
    1818 Library Street, Suite 300
    Reston, VA 20190


    **RBS CITIZENS BANK**
    c/o Bruce Van Saun, Chairman & CEO
    1 Citizens Plaza
    Providence, RI 02903


    **CHRISTIANA TRUST,**
    *Trustee for Stanwich Mortgage Loan Trust, Series 2012-14*
    3801 Kennett Pike
    Greenville, DE 19807


    **US BANK**
    c/o Richard Davis CEO
    US Bancorp Center
    800 Nicollet Mall
    Minneapolis, MN 55402

# Survivorship Deed

**I (We)**, BENNIE L. HAMILTON and KATIE V. HAMILTON, husband and wife, *the Grantors, for* valuable consideration paid, grant(s), with General Warranty covenants, to TIMOTHY L. SANFORD and

SUSAN A. SANFORD, *the Grantees, for their joint lives, remainder to the survivor of them,*

Whose tax mailing address is ,

*The following* **Real Property**: *Situated in the* Township of Franklin,

**County** *of* Summit, *and* **State of Ohio**:

And known as being Lot No. 12 of the Reischman Allotment, as recorded in Summit County Records, Volume 69, Pages 45 and 46 recorded September 21, 1966.

The real property described above is conveyed subject to, and there are excepted from the general warranty covenants, all reservations, restrictions, easements, covenants and conditions of record, legal highways, zoning, building and other laws, ordinances and regulations, real estate taxes and assessments not yet due and payable, and rights of tenants in possession, if any.

Also known as 5178 Donner Drive, Clinton, Ohio 44216
PM: 23-01228
PPN: FR-00261-01-007.000
Prior Instrument Reference:



54496340
Page: 1 of 1
12/26/2000 09:56A
DE 14.00
JAMES B MCCARTHY SUMMIT CO AUDITOR

**Witness** *our hand(s) this* 19th *day of* December , 2000.
*Signed and acknowledged in the presence of:*

_____   _____
Witness  Michelle Hampton       BENNIE L. HAMILTON

_____   _____
Witness  Wendy S. Hinkle        KATIE V. HAMILTON

**State of Ohio**, )          *Before me, a notary public, in and for said County, personally appeared*
              ) SS,         *the above named*   BENNIE L. HAMILTON
Summit County )                         and KATIE V. HAMILTON
*who acknowledged that they did sign the foregoing instrument, and that the same is their free act and deed.*

**In Testimony Whereof** *I have hereunto set my hand and official seal, at* Fairlawn, Ohio , Ohio

                    This   19th   *day of*   December   A.D. 2000.

                              _____
                              Notary Public

This instrument prepared by
Richard T. Schnars, Esq.
3570 Executive Drive, Suite 202
Uniontown, OH 44685  25265
(330) 899-9144

WENDY S. HINKLE
Notary Public - State of Ohio
Residence - Summit County
My Commission Expires April 11, 2004

TRANSFERRED IN COMPLIANCE WITH
SEC. 319.202 REV. CODE
$ 136,900.00   $ 547.00 FEE
Consideration
JAMES B. McCARTHY    BY
County Auditor       Deputy Auditor

SUMMIT COUNTY AUDITOR
00 DEC 26 AM 9:52
TRANSFERRED

Description Approved By TAX MAP DEPARTMENT  FH 261 12-26-00 PT
MIDLAND COMMERCE GROUP - FAIRLAWN
ORDER NO: A- 90030  ESCROW WSH